

**LAW OFFICE OF GABRIEL A. LEVY, P.C.**

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030  ✉ Glevy@glpcfirm.com  📞 (347) 941-4715

May 29, 2025

Hon. Judge Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/25
```

**MEMORANDUM ENDORSED**

RE:   **AUSTIN v. THAI FOOD NEAR ME LLC, et al.**
      **DOCKET NO. 1:25-cv-2165**

Dear Judge Woods:

    The undersigned represents Patrick Austin, the plaintiff in the above-referenced matter. I write to provide a status update and to request a 30-day adjournment of the initial conference, currently scheduled for June 5, 2025 (Doc. 8). This is plaintiff's first request for an adjournment of the initial conference.

    To date, the defendant has not appeared on the docket or through counsel. However, on May 27th, I spoke with an employee of Thai Food Near Me LLC who asked that I contact management at info@thaifoodnearmenyc.com. Following that conversation, I sent an email advising management of this action and the upcoming conference. I also advised that I would be seeking an adjournment.

    In light of these circumstances, the undersigned respectfully requests a 30-day adjournment of the initial conference. This additional time may allow the defendant to appear. If the defendant continues to fail to appear, Plaintiff intends to move for default judgment.

    Thank you for your time and consideration on this matter.

                                                        Respectfully,
                                                        /s/ Gabriel A. Levy

---

Application granted.  Plaintiff's May 29, 2025 request to adjourn the initial pretrial conference, Dkt. No. 12, is granted.  The initial pretrial conference scheduled for June 5, 2025 is adjourned to July 31, 2025 at 1:00 p.m.  The joint status letter and proposed case management plan described in the Court's March 17, 2025 order are due no later than July 24, 2025.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 12.

    SO ORDERED.

Dated: May 29, 2025
New York, New York

                                                GREGORY H. WOODS
                                         United States District Judge