

July 21, 2025

Hon. Judge Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/25
```

**MEMORANDUM ENDORSED**

RE:     **AUSTIN v. THAI FOOD NEAR ME LLC, et al.**
          **DOCKET NO. 1:25-cv-2165**

Dear Judge Woods:

       The undersigned represents Patrick Austin, the plaintiff in the above-referenced matter. I write to respectfully request a 30-day adjournment of the initial conference currently scheduled for July 31, 2025. This is Plaintiff's second request for an adjournment of the initial conference.

       Although he has not yet appeared on the docket, Thai Food Near Me LLC has retained Joseph Thompson, Esq. of Ryan & Conlon, LLP as counsel. Mr. Thompson and I have discussed the matter, but we have not yet met and conferred or prepared the required pre-conference submissions. Mr. Thompson advised that he is in the process of filing his appearance and consents to this adjournment request.

       Mr. Thompson also informed me that defendant 625 2nd Ave. Realty Inc. is in the process of retaining separate counsel. Accordingly, the undersigned respectfully requests a 30-day adjournment to allow Mr. Thompson to file his appearance, for counsel to appear on behalf of 625 2nd Ave. Realty Inc., and for the parties to have sufficient time to prepare for the conference.

       I thank the Court for its time and consideration on this matter.

Respectfully,

/s/ Gabriel A. Levy

---

Application granted. Plaintiff's July 21, 2025 request for an adjournment of the initial pretrial conference in this case, Dkt. No. 14, is granted. The initial pretrial conference scheduled for July 31, 2025 is adjourned to September 4, 2025 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's March 17, 2025 order are due no later than August 28, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 14.

SO ORDERED.

Dated: July 21, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge