

August 25, 2025

Hon. Judge Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/25/2025
```

**MEMORANDUM ENDORSED**

RE:  **AUSTIN v. THAI FOOD NEAR ME LLC, et al.**
     **DOCKET NO. 1:25-cv-2165**

Dear Judge Woods:

The undersigned represents Patrick Austin, the plaintiff in the above-referenced matter. I write to respectfully request a 30-day adjournment of the initial conference currently scheduled for September 4, 2025.

Currently, Morton Minsley, Esq. represents 625 2nd Ave. Realty Inc., and Joseph Thompson, Esq. represents Thai Food Near Me LLC. The parties have not yet had the opportunity to meet and confer collectively or prepare the required pre-conference submissions. However, counsel have spoken independently, and settlement discussions appear promising. We respectfully request an adjournment to allow the parties to continue pursuing early resolution. If the matter does not resolve within the next 30 days, the parties expect to be prepared to proceed at the next scheduled conference.

I thank the Court for its time and consideration on this matter.

Respectfully,

/s/ Gabriel A. Levy

Application granted.  Plaintiff's August 25, 2025 request to adjourn the initial pretrial conference, Dkt. No. 20, is granted.  The initial pretrial conference scheduled for September 4, 2025 is adjourned to October 7, 2025 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's March 17, 2025 order are due no later than September 30, 2025.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 20.

SO ORDERED.
Dated:  August 25, 2025

GREGORY H. WOODS
United States District Judge